## Commonwealth *v.* McCamley, Appellant.

Submitted September 8, 1969. *Michael J. Collins,* Assistant Public Defender, and *Peter J. Webby,* Public Defender, for

appellant; *Jerry B. Chariton,* Assistant District Attorney, *Charles D. Lemmond, Jr.,* First Assistant District Attorney, and *Blythe H. Evans, Jr.,* District Attorney, for Commonwealth, appellee.

Order affirmed.